UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT NELSON HOWELL, JR, <br> Legal Status Active and In/Good Standing <br> Minnesota (SOS) File No. 974031000030 <br><br> Plaintiff, <br><br> v. <br><br> ROBERT NELSON HOWELL, JR, <br><br> Defendant. | Civil No. 18-2031 (JRT/DTS) <br><br> **ORDER** |

Robert Nelson Howell, Jr., Reg. No. 09232026, Federal Correctional Institution, Post Office Box 6000, Florence, CO 81206, *pro se* plaintiff.

No appearance by defendant.

Plaintiff Robert Nelson Howell, Jr. filed a Complaint on July 17, 2018. (Compl., July 17, 2018, Docket No. 1.) On January 2, 2019, this Court dismissed the Complaint as frivolous and the case was closed. (Order, Jan. 2, 2019, Docket No. 9.) Howell now brings a Motion for Summary Judgment and a Motion to Correct the Record. (Mot. for Summary J., Feb. 12, 2019, Docket No. 11; Mot. to Correct, Feb. 12, 2019, Docket No. 12.) Because this matter has been dismissed as frivolous and Howell raises no new arguments, the Court will deny both motions.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 11] is **DENIED**.

2. Plaintiff's Motion to Correct the Record [Docket No. 12] is **DENIED.**

**LET THE JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 15, 2019                      ____s/John R. Tunheim____
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                                                        Chief Judge
                                                           United States District Court